Clear Form

FILED

MAR 22 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 22    01810

Haley Allen Plaintiff,

vs.

City of Sausalito, Et al

Defendant.

CASE NO. _____

APPLICATION TO PROCEED    WHO
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, __Haley Allen__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7       a.   Business, Profession or              Yes ___ No ✓
8            self employment?
9       b.   Income from stocks, bonds,           Yes ___ No ✓
10           or royalties?
11      c.   Rent payments?                       Yes ___ No ✓
12      d.   Pensions, annuities, or              Yes ___ No ✓
13           life insurance payments?
14      e.   Federal or State welfare payments,   Yes ✓ No ___
15           Social Security or other govern-
16           ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 $193 a month EBT
20 _____

21 3.   Are you married?                          Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____  Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.   Do you own or are you buying a home?      Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?      Yes ✓ No ____

Make  Nissan      Year  1996   Model  Pathfinder

Is it financed? Yes ____ No ✓  If so, Total due: $_____

Monthly Payment: $_____

7.   Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash?  Yes ____ No ✓  Amount: $_____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)      Yes ____ No ✓

_____

8.   What are your monthly expenses?

Rent: $_____      Utilities: _____

Food: $_____      Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

- 3 -

1

2  10.  Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?  Yes ____  No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _Sausalito Homeless union vs City of sausalito_
7  _Jeremy Portje vs City of sausalito_
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _3/19/2022_                    _[signature]_
12        DATE                    SIGNATURE OF APPLICANT

- 4 -