UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAUSALITO, et al.,<br><br>    Defendants. | Case No. 22-cv-01810-EMC<br><br>**ORDER TO SHOW CAUSE** |

    Previously, Ms. Allen moved for a temporary restraining order ("TRO") and Judge Orrick provided her with limited relief. Judge Orrick also ordered that the parties meet and confer regarding the return of Ms. Allen's car to her, but he declined to order the release of her car based on the record before him. *See* Docket No. 8 (minutes, filed on March 28, 2022). A few days later, Ms. Allen filed a statement regarding her car, and the City filed a response. *See* Docket Nos. 18, 21. Ms. Allen then filed another statement, this one addressing problems she was having with a camper at Marinship Park (who also has a case pending before the Court). *See* Docket No. 22. A settlement conference with Judge Illman was subsequently held, but Ms. Allen did not appear. *See* Docket No. 24 (minutes, filed on April 12, 2022).

    Because, at this point, it is not clear what relief Ms. Allen is seeking, if any, and what arguments she may have in support of her position, the Court hereby orders as follows.

    Ms. Allen is ordered to show cause as to why her motion for a TRO or for preliminary injunctive relief is not moot based on her failure to engage in the settlement process with Judge Illman. In her response, Ms. Allen shall be clear as to what relief, if any, she seeks and what arguments she has in support of her position. Ms. Allen shall also address the City's position that

it is amenable to her working with Legal Aid to work off her traffic tickets but that it cannot release her vehicle because impound fees are owed to a private towing yard.

Ms. Allen's response to this order to show cause shall be filed by **April 28, 2022**. The Court expressly forewarns Ms. Allen that, if she does not file a timely response to this order to show cause, then the Court shall deem her motion for a TRO and a preliminary injunction moot.

**IT IS SO ORDERED**.

Dated: April 14, 2022

_____
EDWARD M. CHEN
United States District Judge