FILED
SEP 19 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  Your name: Haley Allen
2  Address: 3001 Bridgeway STE K
3  #15A
4  Phone Number: (415) 368-8716
5  E-mail Address: nighttimebutterfly@gmail.com
6  Pro se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

_____Haley Allen_____ )  Case Number: 3:22-cv-01810-EMC
                      )  NOTICE OF VOLUNTARY DISMISSAL OF
        Plaintiff,    )  [check one]
   vs.                )  ☑ THIS ENTIRE CASE
_City of Sausalito et al_ ) ☐ ONLY DEFENDANT [name]
                      )  Without Prejudice
                      )
        Defendant.    )  Hon. _Edward Chen_

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☑ this entire case.

☐ only Defendant [name] _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 9/17/2022    Sign Name: _Haley Allen_
                   Print Name: _Haley Allen_

NOTICE OF VOLUNTARY DISMISSAL
Case No. _____ [JDC TEMPLATE]

**Justice & Diversity CENTER**
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \*

1. Case Name: Hailey Allen v. City of Sausalito et al

2. Case Number: 3-22-CV-01810-EMC

3. What documents were served?

   Notice of Voluntary Dismissal

4. How was the document served? *[check one]*

   [✓] Placed in U.S. Mail
   [ ] Hand-delivered
   [ ] Sent for delivery (e.g., FedEx, UPS)
   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

   City of Sausalito Clerks office   420 Litho Street
   Sausalito CA 94965

6. When were the documents sent? 3pm Sept 17

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: Robert Powelson
   Name: Robert Powelson
   Address: 1001 Bridgeway #611
            Sausalito CA 94965

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*

Date: October 7, 2022

[STAMP: GRANTED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]



CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE